# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2989
LT Case No. 2022-CF-002573-A

_____

LARRY DONALD BIDDLE,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Seminole County.
Jessica Recksiedler, Judge.

Matthew J. Metz, Public Defender, and Gregg R. Brennan,
Assistant Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Richard A.
Pallas, Jr., Assistant Attorney General, Daytona Beach, for
Appellee.

August 6, 2026

PER CURIAM.

    AFFIRMED.

LAMBERT, EDWARDS, and KILBANE, JJ., concur.

————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————